STEVEN W. MYHRE
Acting United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
richard.lopez2@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00137-JAD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| SHA-RON HAINES, | (First Request) |
| Defendant. | |

It is hereby stipulated and agreed, by and between Steven W. Myhre, Acting United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Andrea Luem, counsel for Defendant Sha-ron Haines, that the change of plea hearing currently scheduled for May 16, 2017, at 1:30 p.m. (ECF 37) be continued to a later time convenient for the Court but no earlier than May 24, 2017.

This stipulation is entered into for the following reasons:

1. On March 29, 2017, the Defendant filed a notice of intent to plead guilty without a plea agreement through his defense counsel at the time, Karen Connolly. (ECF 30.)

2. On April 20, 2017, Ms. Connolly filed a motion to withdraw as the Defendant's attorney (ECF 34), which this Court granted on April 24, 2017 (ECF 37). That same day, the Court

appointed Andrea Luem as counsel for the Defendant (ECF 39) and rescheduled the change of plea hearing for May 16, 2017, at 1:30 p.m. (ECF 37) so that the Defendant could confer with new counsel about whether to proceed with changing his plea.

3. The Defendant is still considering whether or not to change his plea.

4. Counsel for the Government now has a trial scheduled for the week of May 15, 2017, that is likely to go forward and is expected to require at least four days.

5. Counsel for the Defendant is not available May 22 or 23, 2017.

6. The parties request that the Court continue the change of plea hearing to a time convenient for the Court but no earlier than May 24, 2017.

7. The Defendant is currently in federal custody and does not object to a continuance.

8. As trial in this case is currently scheduled for August 8, 2017, the parties do not believe that the requested continuance will affect the date of trial.

9. The additional time requested is not sought for purposes of delay, but to accommodate the schedule of counsel for the parties.

10. This is the first request for a continuance of the hearing set for a change of plea.

Dated this the 9th day of May, 2017.

Respectfully Submitted,

STEVEN W. MYHRE
Acting United States Attorney

By: /s/ *Andrea Luem*
    ANDREA LUEM
    Counsel for Defendant Sha-ron Haines

By: /s/ *Richard Anthony Lopez*
    RICHARD ANTHONY LOPEZ
    Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00137-JAD-GWF |
| Plaintiff, | |
| vs. | |
| SHA-RON HAINES, | |
| Defendant. | |

## **ORDER**

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that the change of plea hearing set for May 16, 2017, at 1:30 p.m. is VACATED and reset for June 5, 2017 at 10:00 a.m.

DATED this 10th day of May, 2017.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, Richard Anthony Lopez, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above STIPULATION AND PROPOSED ORDER TO CONTINUE CHANGE OF PLEA HEARING on Counsel of Record via Electronic Case Filing (ECF).

Dated: May 9, 2017

                                          /s/ *Richard Anthony Lopez*
                                          RICHARD ANTHONY LOPEZ
                                          Assistant United States Attorney