# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:16-cr-00137-JAD-GWF |
| vs. | **ORDER** |
| SHA-RON HAINES, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Pre-Plea Pre-Sentence Report (ECF No. 42), filed on June 1, 2017. The Government filed its Opposition (ECF No. 43) on June 1, 2017.

Defendant requests that the probation department prepare a pre-sentence report to allow Defendant's counsel to familiarize herself with Defendant's criminal history. The Government represents that the preparation of a pre-sentence report would place a strain on the probation department's resources and that the information Defendant seeks may be provided through informal consultation. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Pre-Plea Pre-Sentence Report (ECF No. 42) is **denied**.

DATED this 2nd day of June, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge