ANDREA L. LUEM, ESQ.
Nevada Bar No. 8844
**LAW OFFICES OF ANDREA L. LUEM**
400 South Fourth Street, Suite 500
Las Vegas, NV 89101
Telephone: (702) 600-8401
Email: andrea@luemlaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHA-RON HAINES,<br><br>Defendant. | Case No. 2:16-cr-00137-JAD-GWF<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING<br>(First Request) |

It is hereby stipulated and agreed, by and between Steven W. Myhre, Acting United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Andrea Luem, counsel for defendant Sha-ron Haines, that sentencing currently scheduled for January 16, 2018, be VACATED and set for a date and time convenient for the Court.

This stipulation is entered into for the following reasons:

1. The parties request a continuance of the sentencing date because the Defendant's appointed counsel has an unresolvable scheduling conflict on the date currently set for sentencing in this matter.

1

2. Defendant's counsel immediately informed the Government when she learned of the conflict and the Government has no opposition to a continuance of the sentencing date.

3. The additional time requested is not sought for purposes of delay, but to allow the Defendant's counsel to be personally present for the sentencing in this matter.

4. The defendant is in custody serving his sentence in the sex trafficking case and does not object to the continuance.

5. This is the first request for a continuance of the sentencing date.

DATED this 3rd day of January, 2018.

Respectfully submitted,

/s/ *Andrea Luem*
ANDREA L. LUEM, ESQ.
Nevada Bar No. 8844
400 South Fourth Street, Suite 500
Las Vegas, NV 89101
Telephone: (702) 600-8401
Email: andrea@luemlaw.com
***Attorney for Defendant***

STEVEN W. MYHRE
Acting United States Attorney

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHA-RON HAINES,

    Defendant.

Case No. 2:16-cr-00137-JAD-GWF

## FINDINGS OF FACT

Based on the parties' stipulation to continue the sentencing date, and good cause appearing therefore, the Court finds that:

1. The parties request a continuance of the sentencing date because the Defendant's appointed counsel has a scheduling conflict with another court on the same date that is unresolvable.

2. Defendant's counsel immediately informed the Government when she learned of the conflict and the Government has no opposition to a continuance of the sentencing date.

3. The additional time requested is not sought for purposes of delay, but to allow the Defendant's counsel to be personally present for the sentencing in this matter.

4. The defendant is in custody serving his sentence in the sex trafficking case and does not object to the continuance.

5. This is the first request for a continuance of the sentencing hearing in this case.

## CONCLUSIONS OF LAW

6. Denial of this request for extension would result in a miscarriage of justice and deny the Defendant's the ability to have undersigned counsel, who has spent numerous hours with him in preparation for his sentencing hearing, personally present at the time of sentencing.

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for January 16, 2017, at the hour of 9:00 a.m. be continued to February 6, 2018 at the hour of 9:00 a.m. in Las Vegas Courtroom 6D before Judge Jennifer A. Dorsey.

DATED this 4th day of January, 2018.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Andrea Luem, hereby certify that on this day I served an electronic copy of the above STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING on Counsel of Record via Electronic Case Filing (ECF).

Dated: January 3, 2018

/s/ *Andrea Luem*
ANDREA L. LUEM, ESQ.
Nevada Bar No. 8844
**LAW OFFICES OF ANDREA L. LUEM**
400 South Fourth Street, Suite 500
Las Vegas, NV 89101
Telephone: (702) 600-8401
Email: andrea@luemlaw.com
***Attorney for Defendant***