DAYLE ELIESON
United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHA-RON HAINES,<br><br>Defendant. | Case No. 2:16-cr-00137-JAD-GWF<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING<br>(Second Request) |

It is hereby stipulated and agreed, by and between Dayle Elieson, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Andrea Luem, counsel for defendant Sha-ron Haines, that the sentencing currently scheduled for February 6, 2018, at 9:00 a.m., be VACATED and set for a date and time convenient for the Court, but no sooner than February 20, 2018.

This stipulation is entered into for the following reasons:

1. On December 8, 2017, the Probation Office provided the parties with the Presentence Investigation Report (PSR) for this case. Neither the Government nor the Defendant submitted objections to the PSR to the Probation Officer.

1

| | |
|---|---|
| 1 | 2. On January 30, 2018, the Defendant filed a sentencing memo that |
| 2 | raises for the first time objections to the PSR's calculation of the applicable advisory |
| 3 | Sentencing Guidelines range and to the PSR's description of the factual basis for the |
| 4 | Defendant's conviction. |
| 5 | 3. The parties request a continuance of the sentencing date to provide the |
| 6 | Government with adequate time to address the Defendant's objections, as |
| 7 | contemplated by Local Criminal Rule 32-1. |
| 8 | 4. The Defendant is in custody serving a 156-month sentence for his sex |
| 9 | trafficking conviction in Case No. 2:14-cr-00264-APG-NJK and does not object to the |
| 10 | continuance. |
| 11 | 5. This is the second request for a continuance of the sentencing date. |
| 12 | DATED this 30th day of January, 2018. |

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/s/ *Andrea Luem*  /s/ *Richard Anthony Lopez*
ANDREA LUEM, ESQ.  RICHARD ANTHONY LOPEZ
Counsel for Defendant Sha-ron Haines  Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHA-RON HAINES,

    Defendant.

Case No. 2:16-cr-00137-JAD-GWF

## **FINDINGS OF FACT**

Based on the parties' stipulation to continue the sentencing date, and good cause appearing therefore, the Court finds that:

1. On December 8, 2017, the Probation Office provided the parties with the Presentence Investigation Report (PSR) for this case. Neither the Government nor the Defendant submitted objections to the PSR to the Probation Officer.

2. On January 30, 2018, the Defendant filed a sentencing memo that raises for the first time objections to the PSR's calculation of the applicable advisory Sentencing Guidelines range and to the PSR's description of the factual basis for the Defendant's conviction.

3. The parties request a continuance of the sentencing date to provide the Government with adequate time to address the Defendant's objections, as contemplated by Local Criminal Rule 32-1.

4. The Defendant is in custody serving a 156-month sentence for his sex trafficking conviction in Case No. 2:14-cr-00264-APG-NJK, and does not object to the continuance.

5. This is the second request for a continuance of the sentencing date.

**CONCLUSIONS OF LAW**

6. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

**ORDER**

IT IS HEREBY ORDERED that the sentencing currently scheduled for February 6, 2018, at the hour of 9:00 a.m. be continued to February 26, 2018 at the hour of 9:30 a.m. in Las Vegas Courtroom 6D before Judge Jennifer A. Dorsey.

DATED: 1/31/2018

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Richard Anthony Lopez, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING (Second Request) on Counsel of Record via Electronic Case Filing (ECF).

Dated: January 30, 2018

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney